# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. PATTERSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br>Department of the Army and Air Force,<br>National Guard Bureau,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV-F-09-1379 LJO SMS<br><br>**ORDER TO CONTINUE MOTION HEARING** (Doc. 12) |

Good cause appearing, this Court GRANTS Plaintiffs' motion to continue the motion to dismiss hearing date. The February 4, 2010 hearing is CONTINUED to March 4, 2010 at 8:30 a.m. in Courtroom 4 (LJO). The briefing schedule is AMENDED to comply with the local rules of this Court based on the new hearing date.

IT IS SO ORDERED.

**Dated:   January 19, 2010**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE