| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | SYLVIA A. QUAST |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2740 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD D. PATTERSON, )
                Plaintiff, )  Case No. 1:09-cv-01379-LJO-SMS
                v. )  **ORDER OF DISMISSAL**
UNITED STATES OF AMERICA, )
                Defendant. )

      Pursuant to the parties' Stipulation of Dismissal (Court Docket #19), this Court hereby dismisses this case with prejudice. The clerk is ordered to close this case.

      IT IS SO ORDERED.

**Dated:   March 18, 2010**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE