1  BENJAMIN B. WAGNER
   United States Attorney
2  SYLVIA A. QUAST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2740

5  Attorneys for Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 RONALD D. PATTERSON,           )
                                  )  Case No. 1:09-cv-01379-LJO-SMS
12         Plaintiff,             )
                                  )
13         v.                     )  **ORDER**
                                  )  **OF DISMISSAL**
14 UNITED STATES OF AMERICA,      )
                                  )
15         Defendant.             )
                                  )
16 _____ )

17     Pursuant to the parties' Stipulation of Dismissal (Court Docket #19), this Court hereby

18 dismisses this case with prejudice.  The clerk is ordered to close this case.

19     IT IS SO ORDERED.

20 **Dated:   March 18, 2010**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL